IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:    TURNER GRAIN MERCHANDISING, INC.,                Case No. 2:14-bk-15687
          Debtor-in-Possession                                              Chapter 11

MOTION TO SELL PERSONAL PROPERTY
BY PRIVATE SALE, FREE AND CLEAR OF LIENS
AND NOTICE OF OPPORTUNITY TO OBJECT

Comes now the Debtor, Turner Grain Merchandising, Inc. ("Debtor"), by and through its court-appointed Receiver and counsel, and for its Motion to Sell Personal Property by Private Sale, Free and Clear of Liens (the "Motion"), states as follows:

1. Debtor filed for bankruptcy relief under chapter 11 of the Bankruptcy Code on October 23, 2014. Pursuant to 11 U.S.C. § 362, the automatic stay became effective as of the petition date.

2. Pursuant to 11 U.S.C. § 363, the Debtor hereby requests the Court approve the private sale of personal property of the Debtor's estate, free and clear of liens, claims, and encumbrances.

3. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The Debtor is in possession of a 2003 Tempte Trailer, titled in the name of "Turner Grain Inc." A copy of the Certificate of Title for the Trailer is attached hereto as **Exhibit A**.

5. The Debtor solicited sealed bids from private buyers[1] to purchase the Trailer from the estate. The highest of these offers was for $16,100.00, made by Brad Caviness. Mr. Caviness was notified on or about March 31, 2015, that he submitted the highest bid.

---

[1] The potential buyers from whom the Receiver solicited bids, all of whom either expressed an interest in purchasing the Trailer or were recommended as potentially having interest in purchasing the Trailer, were Keith Freeland, Tim Cupp, Keith Cook, Brad Caviness, Jeff Davis, and Blake Miley.

6. On April 1, 2015, Mr. Caviness submitted a check to the Receiver for the amount of $16,100.00.

7. Upon approval of this Court, the check funds will be deposited into the Debtor-in-Possession account of the Debtor.

8. The proposed sale is reasonable and will aid administration of the Debtor's chapter 11 estate. The private sale will negate the need of this estate incurring the expense of a public sale of the Trailer. Furthermore, the Debtor is of the opinion and belief that the proceeds generated as a result of the private sale are as great as or greater than what would be received through a public sale of the same property.

9. The personal property described above will be sold free and clear of all liens and encumbrances, if any, under 11 U.S.C. § 363 and the Rules of Bankruptcy Procedure on a strictly "as is, where is" basis with no warranties extended except as to title. The buyer will assume all responsibility and costs associated with the ownership of the Trailer. This includes, but is not limited to, rental fees, insurance, property taxes, and risk of loss.

10. All proceeds from the sale shall be charged with administrative expenses that are subsequently approved by this Court, if any. All proceeds from the sale shall remain in the Debtor's Debtor-in-Possession bank account until subsequent orders of distribution are entered by this Court.

11. This proposed sale will result in no adverse tax consequence to the estate.

12. Approval of this Motion is in the best interest of all creditors and will not unfairly impact any of Debtor's creditors.

13. **NOTICE.** **NOTICE IS HEREBY GIVEN THAT A MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS HAS BEEN FILED BY KEECH**

**LAW FIRM. P.A. ON BEHALF OF THE DEBTOR, TURNER GRAIN MERCHANDISING, INC. ANY OBJECTIONS TO THE MOTION TO SELL REAL PROPERTY MUST BE MADE IN WRITING AND FILED WITH THE UNITED STATES BANKRUPTCY COURT, 300 WEST SECOND STREET, LITTLE ROCK, ARKANSAS 72201, ON OR BEFORE TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS APPLICATION, WITH A COPY MAILED TO KEVIN P. KEECH, KEECH LAW FIRM, P.A., 4800 WEST COMMERCIAL DRIVE, NORTH LITTLE ROCK, ARKANSAS 72116. IF NO OBJECTIONS ARE FILED, THE COURT M AY ENTER AN ORDER ALLOWING AND ORDERING THE MOTION TO SELL REAL PROPERTY WITHOUT FURTHER NOTICE. IF OBJECTIONS ARE FILED, A HEARING WILL BE SET BY THE BANKRUPTCY COURT BY SUBSEQUENT NOTICE.**

WHEREFORE, the Debtor respectfully requests this Court approve and confirm the private sale of the estate's interest in the personal property described herein for the sum of $16,100.00. The Debtor further requests that this Court authorize it, through its Receiver and counsel, to prepare and execute all documents necessary to complete the sale of the property described herein, and for all other good and proper relief to which it may be entitled.

Dated: April 1, 2015.

                                  Respectfully submitted,

                                  KEECH LAW FIRM, PA
                                4800 West Commercial Drive
                                North Little Rock, AR  72116
                                501.221.3200 (telephone)
                                501.221.3201 (fax)

By:    */s/ Rachel V. Hampton*_____
        Kevin P. Keech (Ark. Bar No. 98147)
        kkeech@keechlawfirm.com
        Rachel V. Hampton (Ark. Bar No. 2010267)
        rhampton@keechlawfirm.com
        Seth D. Hyder (Ark. Bar No. 2011189)
        shyder@keechlawfirm.com

        *Attorneys for Debtor-in-Possession*
        *Turner Grain Merchandising, Inc.*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's ECF system on the 1st day of April, 2015, which will send notice of such filing to all registered parties. A copy was also sent via U.S. Mail to all creditors on the Court's official mailing matrix.

                                                                      */s/ Rachel V. Hampton*_____