## STATE OF ARKANSAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|
| 1TDH422273B101871 | 2003 | TIMP | | TL |
| TITLE NUMBER | PREVIOUS TITLE NUMBER | PREV. TITLE STATE | ISSUE DATE | ODOMETER | UNLADEN WEIGHT |
| 761001757875 | 54011203576 | AR | 01/20/2015 | 0 | 80000 |

MAILING ADDRESS

TURNER GRAIN INC
122 S MAIN AVE
BRINKLEY, AR 72021-3208

REMARKS

DUPLICATE TITLE

OWNER

TURNER GRAIN INC
122 S MAIN AVE
BRINKLEY, AR 72021-3208

_____
OWNER'S SIGNATURE (IF JOINT OWNERSHIP, BOTH MUST SIGN)
THIS TITLE MUST BE SIGNED UPON RECEIPT BY OWNERS

The Department of Finance and Administration, State of Arkansas, hereby certifies that the applicant named hereon is duly registered as the owner of the vehicle described above. From the statements of the owner and the records on file with this department the hereon described vehicle is subject to the liens enumerated hereon.

In Witness Whereof, I have affixed my hand and seal.

SRO4801
07677363



*Timothy J. Leathers*
COMMISSIONER OF REVENUE

**VOID IF ALTERED**

EXHIBIT A

Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and or imprisonment.

## Title Assignment by Owner(s)

**TITLE ASSIGNMENT BY OWNER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER
_____

YEAR_____ MAKE_____ MODEL_____

Note to Seller. A copy of this title assignment, fully completed, is sufficient to use to claim a sales tax credit toward the purchase of another vehicle.

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale _____
Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____
Seller(s) Printed Name _____
Seller(s) Printed Address _____
Seller(s) Signature _____
"I am aware of the above odometer certification made by the seller"
Buyer's Printed Name _____
Buyer's Signature _____

## First Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER
_____

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale _____
Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____
Dealer's Printed Name _____
Dealer's License Number _____
Dealer's Signature _____
"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name _____
Buyer's Signature _____

## Second Dealer Reassignment

**TITLE ASSIGNMENT BY DEALER AND**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address.

Buyer(s) Printed Name _____

Buyer(s) Printed Address _____

with warranty to be free of all encumbrances except as follows:
LIEN IN FAVOR OF _____

Address _____

DESCRIPTION OF VEHICLE TRADED IN (IF ANY)
VEHICLE IDENTIFICATION NUMBER
_____

YEAR_____ MAKE_____ MODEL_____

**ODOMETER DISCLOSURE**  I certify that to the best of my knowledge that the odometer reading provided in the box below is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  ☐ EXCEEDS MECHANICAL LIMITS. The mileage stated is in excess of the odometer's mechanical limits.

☐ WARNING – ODOMETER DISCREPANCY
The odometer is not the actual mileage.

**BILL OF SALE** Date of Sale _____
Full Sales Price of this Vehicle  $_____
Less Trade In  $_____
Net Taxable Trade Difference  $_____
Dealer's Printed Name _____
Dealer's License Number _____
Dealer's Signature _____
"I am aware of the above odometer certification made by the dealer"
Buyer's Printed Name _____
Buyer's Signature _____