IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:      TURNER GRAIN MERCHANDISING, INC.      Case No. 2:14-BK-15687
            Debtor-in-Possession                                CHAPTER 11

**RESPONSE TO K.B.X., INC.'S MOTION TO CONVERT TO CHAPTER 7**

Comes now the Debtor-in-Possession Turner Grain Merchandising, Inc. ("Debtor"), by and through counsel, and for its Response to K.B.X., Inc.'s Motion to Convert to Chapter 7 states as follows:

1. On October 23, 2014, this case was commenced by the filing of Debtor's voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On March 27, 2015, Movant K.B.X., Inc. filed its Motion to Convert to Chapter 7 [Doc. No. 207].

3. In response to K.B.X., Inc.'s Motion to Convert to Chapter 7, the Debtor here incorporates by reference the Debtor's Response to United States Trustee's Motion to Convert to Chapter 7, filed on March 18, 2015 [Doc. No. 191], and all statements, allegations, defenses, and pleas for relief contained therein, as if restated word for word herein.

WHEREFORE, Debtor-in-Possession Turner Grain Merchandising, Inc. respectfully requests this Court deny K.B.X., Inc.'s Motion to Convert to Chapter 7, and requests all other good and proper relief to which it may be entitled.

        Respectfully submitted,

        KEECH LAW FIRM, PA
        4800 West Commercial Drive
        North Little Rock, AR 72116
        501.221.3200 (telephone)
        501.221.3201 (fax)

By:   /s/ Rachel V. Hampton_____
       Kevin P. Keech (Ark. Bar No. 98147)
       kkeech@keechlawfirm.com
       Rachel V. Hampton (Ark. Bar No. 2010267)
       rhampton@keechlawfirm.com
       Seth D. Hyder (Ark. Bar No. 2011189)
       shyder@keechlawfirm.com

       *Attorneys for Debtor-in-Possession*
       *Turner Grain Merchandising, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's ECF system on the 8th day of May, 2015, which will send notification of such filing to all registered parties.

                                                                  /s/ Rachel V. Hampton_____