IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:     TURNER GRAIN MERCHANDISING, INC.     Case No. 2:14-BK-15687
             Debtor-in-Possession                                                                CHAPTER 11

**ORDER GRANTING MOTION TO SELL PERSONAL PROPERTY
BY PRIVATE SALE, FREE AND CLEAR OF LIENS**

Now before this Court is the Motion to Sell Personal Property by Private Sale Free and Clear of Liens and Notice of Opportunity to Object, filed by the Debtor-in-Possession Turner Grain Merchandising, Inc. (the "Debtor") on April 1, 2015 (the "Motion"). [Doc. No. 220]. Only one objection to the Motion was filed on April 10, 2015, by interested party Sammy Long. [Doc. No. 236]. Mr. Long appeared before this Court at the hearing of this matter on May 14, 2015, and withdrew his objection. As such, based on the pleadings filed by the parties and the statements of counsel, the Court hereby FINDS and ORDERS as follows:

1. Notice of the Motion was provided to all creditors and parties of interest, and was due and proper under the circumstances.

2. The Motion is hereby GRANTED.

3. The Debtor's proposal to sell the Tempte Trailer described in the Motion is APPROVED. Debtor is authorized to sell the Trailer to the proposed buyer, Mr. Brad Caviness ("Buyer"), for the amount of $16,100.00.

4. The Debtor is authorized to deposit the check submitted by Buyer into the Debtor-in-Possession account. All proceeds from the sale shall remain in the Debtor-in-Possession bank account until subsequent orders of distribution are entered by this Court.

5. This Court shall retain jurisdiction to interpret, enforce, and implement the terms and provisions of this Order.

Entered On Docket: 05/15/2015

6. This Order shall be effective immediately upon its entry and the ten (10) day rule set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply. The Debtor and the Buyer are authorized to take any steps necessary to complete the sale upon entry of this Order and in reliance upon this Order.

IT IS SO ORDERED.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/15/2015

*Prepared by:* */s/ Rachel V. Hampton*
Kevin P. Keech (Ark. Bar No. 98147)
Rachel V. Hampton (Ark. Bar No. 2010267)
KEECH LAW FIRM, PA
4800 West Commercial Drive
North Little Rock, AR 72116
501.221.3200 (telephone)
501.221.3201 (fax)
kkeech@keechlawfirm.com; rhampton@keechlawfirm.com
*Attorneys for Debtor-in-Possession Turner Grain Merchandising, Inc.*

CC: Attorney for Debtor(s)
Debtor(s)
U.S. Trustee
All parties per matrix

2