IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.,     CASE NO. 2:14-bk-15687-J
        Debtor-in-Possession     Chapter 11

### CONSENT ORDER

On the 14th day of May, 2015, came on for hearing the Motion to Convert to Chapter 7 (Doc. #162) filed by the United States Trustee, the Response filed thereto (Doc. #191) by the Debtor, the Response of the Unsecured Creditors Committee (Doc. #202) and the Motion to Convert to Chapter 7 (Doc. #207) filed by K.B.X., Inc. The United States Trustee appeared by his Trial Attorney, Joseph A. DiPietro, the Debtor appeared by its counsel, Kevin P. Keech; the Unsecured Creditors Committee appeared by its counsel, Lyndsey D. Dilks; and the creditor, K.B.X., Inc., appeared by its counsel, Randy L. Grice. The Court being advised that the matters had been settled, it is hereby

**ORDERED**, that the Motion of the United States Trustee is granted and this case is converted to a case under chapter 7. It is further

**ORDERED**, that the Responses of the Debtor and the Unsecured Creditors Committee and the Motion of K.B.X., Inc. are moot and are deemed withdrawn. It is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the fourth quarter of 2014 and first and second quarters of 2015. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee effective ten (10) days from the entry of this Order, together with interest.

**IT IS SO ORDERED.**

*/s/ Phyllis M. Jones*
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/15/2015

Entered On Docket: 05/15/2015

PREPARED BY:

Joseph A. DiPietro, Trial Attorney
Office of United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201
(501) 324-7357
Joseph.A.DiPietro@usdoj.gov

APPROVED:


/s/ Kevin P. Keech
Kevin P. Keech
Attorney for Debtor-in-Possession
Keech Law Firm, P.A.
4800 West Commercial Drive
North Little Rock, AR 72116
501-221-3200
Fax: 501-221-3201
kkeech@keechlawfirm.com


/s/ Lyndsey D. Dilks
Lyndsey D. Dilks
Attorney for Unsecured Creditors Committee
Lueken Dilks Law Firm
1101 West 2nd Street
Little Rock, AR 72201
(501) 312-0010
Fax: (501) 312-0198
ldilks@luekendilkslaw.com


/s/ Randy L. Grice
Randy L. Grice
Attorney for K.B.X., Inc., Creditor
Hilburn, Calhoon, Harper, Pruniski
 & Calhoun, Ltd.
P.O. Box 5551
North Little Rock, AR 72119
(501) 372-0110
rgrice@hilburnlawfirm.com


cc:   Turner Grain Merchandising, Inc., c/o Kevin P. Keech, Receiver, 4800 West Commercial
       Drive, North Little Rock, AR 72116
        ALL CREDITORS PER MATRIX
       Attorney for Debtor(s)
          U.S. Trustee