IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Re:     Turner Grain Merchandising, Inc., Debtor                    Case No. 2:14-bk-15687J
                                                                                                  Chapter 7
                                                                                    Converted from Chapter 11

## APPLICATION TO HIRE RICE & ASSOCIATES, P. A. AS ATTORNEYS FOR THE ESTATE

Applicant, M. Randy Rice, requests authority to retain Rice & Associates, P. A. to act as attorney(s) for this estate and respectfully alleges:

1. Applicant is the duly qualified and acting trustee in this case.

2. Applicant requires the assistance of counsel for the following purposes:

    a. Examining records of debtor to determine whether there are fraudulent conveyances or preferential payments actions that the estate may be entitled to pursue.

    b. Examining claims filed by creditors to determine whether objections should be filed.

    c. Examining records to determine whether the estate has other legal remedies that may be pursued against insiders, etc.

    d. Preparation and filing of all legal documents that may be required on behalf of estate.

    e. Preparation and filing of any or all motions, responses, or other legal pleadings that may be required on behalf of estate.

    f. Legal representation of the estate on any bankruptcy related issues that may be set for trial before this Court.

    g. Handling other legal matters that may develop in regards to this case as this case proceeds.

3. It is in the best interest of this estate and its economical administration for Rice & Associates, P. A. to be retained as attorney(s) for the estate.

4. The Court has the power to authorize said employment pursuant to 11 U.S.C. § 327(d) which reads as follows:

> "the court may authorize the trustee to act as attorney or accountant for the estate if such authorization is in the best interest of the estate."

5. Applicant is an attorney at law duly admitted to practice before this Court and other necessary federal courts in this jurisdiction.

6. Based upon the Affidavit attached hereto, applicant believes that Rice & Associates, P.A., and its members and associates, do not hold or represent any interest adverse to that of your applicant or the bankruptcy estate and that said Law Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14). It is further contemplated that said Law Firm will seek interim compensation as permitted by 11 U.S.C. § 331. The normal hourly billing rates of said Law Firm at the time of this Application are as follows:

| Name | Billing Rate |
|---|---|
| M. Randy Rice, Attorney | $ 315.00 per hour |
| Hamilton M. Mitchell, Attorney | 150.00 per hour |

7. Services will be provided by the parties listed above at the stated rates. These rates are subject to periodic adjustments to reflect economic and other conditions, and to reflect increased experience and expertise in this area of the law.[*] The billing rate of any other associate attorney(s) will be determined at a later date. However, said rate will be less than that of M. Randy Rice.

**WHEREFORE**, applicant prays that Rice & Associates P. A. be authorized to act as attorney(s) for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this court may hereafter determine and allow.

DATE    May 13, 2016

Respectfully Submitted;

/s/ M. Randy Rice, Attorney
523 S. Louisiana, #300
Little Rock, AR  72201

---

[*] Rice & Associates, P.A., increases the hourly rate charged by each attorney by $10.00 per hour January 1st of each year.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Re:   Turner Grain Merchandising, Inc., Debtor    Case No. 2:14-bk-15687J
                                                   Chapter 7
                                                   Converted from Chapter 11

## AFFIDAVIT OF DISINTERESTEDNESS

I, M. Randy Rice of Rice & Associates, P. A., after having been solemnly sworn, do hereby verify and state as follows:

1. That I am an attorney, duly licensed to practice law in the State of Arkansas.

2. That Rice & Associates and I are disinterested persons within the meaning of 11 U.S.C. § 101 (14).

3. That neither I, nor Rice & Associates, P. A., have any prior connection with the debtor in this particular case or any of the creditors or any other party in interest, or their respective attorneys of record except that I serve as Trustee in this case pursuant to appointment by the United States Trustee.

4. To date, I have been paid nothing in connection with this matter. I further state that I have received no transfer, assignment or transfer of property from the debtors or from this estate.

5. I have not shared or agreed to share said fee with any other person except the professional association of Rice & Associates, P. A.

DATE   May 13, 2016

/s/ M. Randy Rice, Trustee
523 S. Louisiana, #300
Little Rock, AR  72201

STATE OF ARKANSAS  )
                   )SS
COUNTY OF PULASKI  )

Subscribed and sworn to before me, a Notary Public, on today's date.

/s/ Donna J. Poullos     May 13, 2016
NOTARY PUBLIC

My Commission Expires:   July 11, 2016