## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.　　　　CASE NO. 2:14-bk-15687
　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

### APPLICATION TO EMPLOY SPECIAL COUNSEL

The application of M. RANDY RICE, duly appointed Trustee in Bankruptcy of the Estate of the above named Debtors, respectfully shows that in the administration of the Estate and in the performance of his duties as Trustee, your petitioner finds that it is necessary to employ counsel to represent M. RANDY RICE, Trustee.

1. Your Trustee respectfully represents that, STREETMAN, MEEKS & GIBSON PLLC is authorized and licensed to practice in this Court and that it would be in the best interest of the Estate that your Trustee be permitted to employ same as special counsel to investigate and prosecute avoidance actions and such other matters, claims and actions as the Trustee may assign to them for representation.

2. STREETMAN, MEEKS & GIBSON, PLLC currently has hourly rates as follows:

　　　Thomas S. Streetman　　　2016　　$375.00

　　　Robert B. Gibson, III　　　2016　　$290.00

　　　D. Codie Martin　　　　　2016　　$175.00

3. Compensation for STREETMAN, MEEKS & GIBSON, PLLC shall be determined by the Court after notice and opportunity for a hearing.

WHEREFORE, your applicant, M. RANDY RICE, Trustee, prays that STREETMAN, MEEKS & GIBSON PLLC be appointed special counsel to represent the estate, with compensation to be determined by the Court after notice and a hearing.

1

                                Respectfully submitted,

                                M. RANDY RICE, TRUSTEE
                                By His Attorney
                                RICE & ASSOCIATES
                                523 S. Louisiana, Suite 300
                                Little Rock, AR 72201
                                (501) 374-1019

                By:    */s/M. Randy Rice*
                                M. RANDY RICE

## CERTIFICATE OF SERVICE

I, M. RANDY RICE, state that I have on this ___ day of May 2016, forwarded a true and correct copy of the application to RACHEL V. HAMPTON, KEVIN P. KEECH and to the U.S. TRUSTEE via ECF.

                                              */s/M. Randy Rice*
                                              M. RANDY RICE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.    CASE NO. 2:14-bk-15687
    Debtor    Chapter 7

## DECLARATION

I, Thomas S. Streetman, a member of STREETMAN, MEEKS & GIBSON PLLC, P.O. Drawer A, Crossett, Arkansas 71635, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

2. I do not have, to the best of my knowledge, any connection to or adverse interest in the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2016.

STREETMAN, MEEKS & GIBSON, PLLC

BY: _____
THOMAS S. STREETMAN

STATE OF ARKANSAS    )
                               )SS.
COUNTY OF ASHLEY    )

SUBSCRIBED AND SWORN TO before me this 16th day of May, 2016.

_____
NOTARY PUBLIC

[Notary Seal: TAMMI M. WEBB, NOTARY PUBLIC, #12359767, EXPIRES 4-6-2017, ASHLEY COUNTY, AR]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**IN RE: TURNER GRAIN MERCHANDISING, INC.**
**Debtor**

**CASE NO. 2:14-bk-15687**
**Chapter 7**

## DECLARATION

I, Robert B. Gibson, III, a member of STREETMAN, MEEKS & GIBSON PLLC, P.O. Drawer A, Crossett, Arkansas 71635, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

2. I do not have, to the best of my knowledge, any connection to or adverse interest in the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2016.

STREETMAN, MEEKS & GIBSON, PLLC

BY: Robert B. Gibson III
ROBERT B. GIBSON, III

STATE OF ARKANSAS )
)SS.
COUNTY OF ASHLEY )

SUBSCRIBED AND SWORN TO before me this 16th day of May, 2016.

TAMMI M. WEBB NOTARY PUBLIC #12359767 EXPIRES 4-6-2017 ASHLEY COUNTY, AR

Tammi M. Webb
NOTARY PUBLIC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.  CASE NO. 2:14-bk-15687
    Debtor                                                                                          Chapter 7

### DECLARATION

I, D. Codie Martin, an associate of STREETMAN, MEEKS & GIBSON PLLC, P.O. Drawer A, Crossett, Arkansas 71635, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

2. I do not have, to the best of my knowledge, any connection to or adverse interest in the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2016.

STREETMAN, MEEKS & GIBSON, PLLC

BY: _____
     D. CODIE MARTIN

STATE OF ARKANSAS    )
                                   )SS.
COUNTY OF ASHLEY    )

SUBSCRIBED AND SWORN TO before me this 16th day of May, 2016.

_____
NOTARY PUBLIC