B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN District of ARKANSAS

In re TURNER GRAIN MERCHANDISING, INC.
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 2:14-bk-15687J

Chapter 7

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: M. RANDY RICE, CHAPTER 7 TRUSTEE
*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE U.S. BANKRUPTCY COURTHOUSE 300 WEST 2ND STREET LITTLE ROCK, AR 72201 | COURTROOM JUDGE JONES |
| | DATE AND TIME APRIL 26, 2018 AT 2:00 P.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:


The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/26/18

CLERK OF COURT

OR  *[signature]*

_____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
GAVILON GRAIN, LLC , who issues or requests this subpoena, are:
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C., 425 WEST CAPITOL AVENUE, STE 1800
CHRISTOPHER A. MCNULTY                                LITTLE ROCK, AR 72201, 501.688.8800
cmcnulty@mwlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): MR RANDY RICE, CHAPTER 7 TRUSTEE on (date) 04/26/18.

☑ I served the subpoena by delivering a copy to the named person as follows: 523 S. LOUISIANA, STE 300 LITTLE ROCK, AR 72201 on (date) 04/26/2018; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 40.

My fees are $ — for travel and $ 100 for services, for a total of $ 100.

I declare under penalty of perjury that this information is true and correct.

Date: 04/26/2018

_Server's signature_

STEPHEN D. TURNAGE, LR, PROCESS SERVER
_Printed name and title_

RAVENBROOK PROCESS
PO BOX 251191, LR, AR 72225
_Server's address_
501-749-0117

Additional information concerning attempted service, etc.: