IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:      **TURNER GRAIN MERCHANDISING, INC.**      Case No. 2:14-BK-15687
            **Debtor**                                                    **CHAPTER 7**

**FOURTH INTERIM FEE APPLICATION FOR FEES AND
REIMBURSEMENT OF EXPENSES FOR KEECH LAW FIRM, PA,
COUNSEL TO THE DEBTOR, AND NOTICE OF OPPORTUNITY TO OBJECT**

Comes now Keech Law Firm, PA (the "Applicant"), special counsel for Chapter 7 Trustee Randy Rice ("Chapter 7 Trustee") of Turner Grain Merchandising, Inc. (the "Debtor"), and for its Fourth Interim Application for Fees and Reimbursement of Expenses incurred during the period from June 19, 2017 to May 9, 2018 states as follows:

1.      On October 23, 2014, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, acting as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.      On October 31, 2014, Debtor filed an Emergency Application to Retain and Employ Keech Law Firm, PA (the "Application to Employ") [Doc. No. 27]. After a hearing on November 11, 2014, the Court entered an Order Approving Emergency Application to Retain and Employ Keech Law Firm, PA, Notice of Deadline to Object and Final Hearing [Doc. No. 46]. Pursuant to such Order, the Application to Employ was granted *nunc pro tunc* to the October 23, 2014 petition date. On April 3, 2015, the Court entered its Order Approving Applicant's First Interim Application for Fees and Reimbursement of Expenses for the period from October 23, 2014 to February 11, 2015 (the "First Compensation Order"), in aggregate amount of $118,809.50 and expenses in the amount of $8,306.40, for a total of $127,115.90. *See* Docket No. 227.

3.      On April 16, 2015, the Applicant applied funds of $120,000.00 in its IOLTA account towards the balance due on fees and expenses allowed by the Order.

4.       After applications of all credits, the Applicant is still due $7,115.90 per the First Compensation Order from this estate from the Order approving the First Interim Fee Application as an allowed Chapter 11 administrative expense.

5.       On July 7, 2015, the Court entered its Order Approving the Applicant's Second Interim Application for Fees and Reimbursement of Expenses for the period from February 12, 2015 to May 19, 2015 (the "Second Compensation Order") in aggregate amount of $29,463.50 and expenses in the amount of $3,755.44, for a total of $33,218.94 as an allowed Chapter 11 administrative expense.  *See* Docket No. 345.

6.       At present, there is due, outstanding, and unpaid fees to Applicant as a Chapter 11 administrative expense claim from the First Compensation Order and the Second Compensation Order an aggregate of $36,579.40 in fees and $3,755.44 in expenses, for a total of $40,334.84 as allowed Chapter 11 administrative expenses.

7.       On May 19, 2015, this case converted from Chapter 11 to Chapter 7.  *See* Docket No. 293.

8.       Keech Law Firm, PA was retained as special counsel to each of the Chapter 7 trustees in this case pursuant to 11 USC § 327(e).  For Richard Cox, *see* Docket Nos. 311, 312, 317, 337, and 341.  For Randy Rice, *see* Docket Nos. 441 and 445.

9.       On July 17, 2017 [Docket No. 598], this Court awarded Keech Law Firm, PA fees of  $104,440.00 and expenses of $7,582.80, for a total of $112,022.80 as an allowed Chapter 7 administrative expense (of which $6,300.00 has been paid).

10.      In performance of its duties as counsel to the Chapter 7 Trustee during the period from June 19, 2017 to May 9, 2018, Applicant has rendered professional services to the Chapter 7 estate at its customary hourly rates in the aggregate amount of $33,202.80 and incurred necessary

and reasonable expenses in the amount of $2,670.84, for a total of $35,873.64 in connection with the Chapter 7 bankruptcy.[1]

11.    A summary of Applicant's billing is attached hereto as **Exhibit A** for the period of June 19, 2017 to May 9, 2018.  A detailed itemized billing invoice for the same period is also attached hereto as **Exhibit B1 to B27**.[2]

12.    Applicant seeks approval of this Fee Application, a Chapter 7 administrative expense.  The efforts of the Applicant have benefitted this estate and its creditors.

**13.    NOTICE:  NOTICE IS HEREBY GIVEN THAT AN APPLICATION HAS BEEN FILED BY KEECH LAW FIRM, P.A. FOR ALLOWANCE OF ITS FOURTH INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED IN THE AMOUNT OF $33,202.80, AND EXPENSES INCURRED IN THE AMOUNT OF $2,670.84, FOR A TOTAL OF $35,873.64 FOR THE PERIOD OF JUNE 19, 2017 TO MAY 9, 2018.  ANY OBJECTIONS TO APPLICANT'S FOURTH INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES MUST BE MADE IN WRITING AND FILED WITH THE UNITED STATES BANKRUPTCY COURT, 300 WEST SECOND ST., LITTLE ROCK, ARKANSAS 72201, ON OR BEFORE TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS APPLICATION, WITH A COPY MAILED TO KEVIN P. KEECH, KEECH LAW FIRM, P.A., 2011 SOUTH**

---

[1]On November 29, 2016, Chapter 7 Randy Rice reimbursed Applicant for the filing fees of eighteen Adversary Proceedings in the aggregate amount of $6,300.00. While Applicant has received reimbursement of these fees, Applicant seeks approval for the payment of these fees in this request.

[2]A copy of the itemized billing is attached to the original document file with this Court. Parties, if interested, may obtain an electronic version of such billing by contacting the undersigned counsel, who will email a copy of same to requesting party.

**BROADWAY ST., LITTLE ROCK, AR 72206. IF NO OBJECTIONS ARE FILED, THE COURT MAY ENTER AN ORDER ALLOWING AND ORDERING THE FEES AND EXPENSES PAID AS REQUESTED. IF OBJECTIONS ARE FILED, A HEARING WILL BE SET BY THE BANKRUPTCY COURT BY SUBSEQUENT NOTICE.**

WHEREFORE, the Applicant herein requests this Court enter an order authorizing the Debtor to pay the Applicant fees in the amount of $33,202.80 and incurred necessary and reasonable expenses in the amount of $2,670.84, for a total of $35,873.64 as more fully reflected on the attached itemized billing statement as a chapter 7 administrative expense.

Date: May 17, 2018

Respectfully submitted,

KEECH LAW FIRM, PA
2011 South Broadway Street
Little Rock, AR 72206
501.221.3200 (telephone)
501.221.3201 (fax)

By: _/s/ Kevin P. Keech_____
Kevin P. Keech (Ark. Bar No. 98147)
kkeech@keechlawfirm.com

*Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed via the Court's ECF System on May 17, 2018, which will send notification of such filing to all registered parties. Furthermore, the foregoing was sent via U.S. Mail to the following:

All creditors per the Creditors Matrix accessed from the Court's ECF System on May 17, 2018.

_/s/ Kevin P. Keech__

4