**Exhibit A**

**Summary of Invoices - June 19, 2017 to May 9, 2018**

| | Description | KLF No. | Case No. | Fees | Expenses | Total | Payments | Invoice | Exhibit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Main Case | 14050 | 14-15687 | $6,728.00 | $1,468.28 | $8,196.28 | $0.00 | 11554 | B-1 |
| 2 | Lance Gray | 14050.1 | 14-1116 | $0.00 | $0.00 | $0.00 | $0.00 | 11499 | B-2 |
| 3 | Helena National Bank | 14050.2 | 14-1110 | $0.00 | $0.00 | $0.00 | $0.00 | 11500 | B-3 |
| 4 | Oakley | 14050.3 | 15-1009 | $0.00 | $0.00 | $0.00 | $0.00 | 11501 | B-4 |
| 5 | Zero Grade | 14050.4 | 15-1112 | $0.00 | $0.00 | $0.00 | $0.00 | 11502 | B-5 |
| 6 | KBX | 14050.5 | 15-1023 | $0.00 | $0.00 | $0.00 | $0.00 | 11503 | B-6 |
| 7 | Kennedy Rice Dryers | 14050.6 | 15-1118 | $0.00 | $0.00 | $0.00 | $0.00 | 11504 | B-7 |
| 8 | Southern Rice and Cotton | 14050.7 | N/A | $0.00 | $0.00 | $0.00 | $0.00 | 11505 | B-8 |
| 9 | LTD Farms | 14050.8 | 14-1119 | $0.00 | $0.00 | $0.00 | $0.00 | 11506 | B-9 |
| 10 | Caviness | 16145 | 16-1134 | $0.00 | $0.00 | $0.00 | $0.00 | 11507 | B-10 |
| 11 | Fowler Farms | 16143 | 16-1144 | $530.20 | $0.00 | $530.20 | $0.00 | 11555 | B-11 |
| 12 | Brinkley Truck Brokerage | 16126 | 16-1126 | $494.10 | $0.00 | $494.10 | $0.00 | 11556 | B-12 |
| 13 | Cache River Valley | 16132 | 16-1133 | $0.00 | $0.00 | $0.00 | $0.00 | 11510 | B-13 |
| 14 | Calloway | 16128 | 16-1128 | $1,684.50 | $1.96 | $1,686.46 | $0.00 | 11557 | B-14 |
| 15 | Frances Englund | 16140 | 16-1142 | $0.00 | $0.00 | $0.00 | $0.00 | 11512 | B-15 |
| 16 | Galloway Cotton | 16127 | 16-1127 | $0.00 | $0.00 | $0.00 | $0.00 | 11513 | B-16 |
| 17 | Gregory Farms | 16131 | 16-1132 | $0.00 | $0.00 | $0.00 | $0.00 | 11558 | B-17 |
| 18 | Ivory Rice | 16124 | 16-1094 | $415.10 | $0.00 | $415.10 | $0.00 | 11559 | B-18 |
| 19 | Keith Wilkinson Farms | 16129 | 16-1129 | $1,856.90 | $0.00 | $1,856.90 | $0.00 | 11595 | B-19 |
| 20 | LTD Farms (Preference) | 16138 | 16-1140 | $5,152.00 | $300.00 | $5,452.00 | $0.00 | 11587 | B-20 |
| 21 | Lyle Trust | 16141 | 16-1143 | $31.50 | $0.00 | $31.50 | $0.00 | 11588 | B-21 |
| 22 | Optimum Ag | 16130 | 16-1130 | $7,925.50 | $900.00 | $8,825.50 | $0.00 | 11589 | B-22 |
| 23 | Prislovsky (Prairie Gold) | 16146 | 16-1131 | $5,109.00 | $0.00 | $5,109.00 | $0.00 | 11590 | B-23 |
| 24 | Terry Dover | 16139 | 16-1141 | $419.00 | $0.00 | $419.00 | $0.00 | 11591 | B-24 |
| 25 | Turner Commodities | 16125 | 16-1096 | $346.50 | $0.00 | $346.50 | $0.00 | 11592 | B-25 |
| 26 | USA (CCC) | 16133 | 16-1135 | $2,416.00 | $0.60 | $2,416.60 | $0.00 | 11593 | B-26 |
| 27 | Watson Farms | 16144 | 16-1145 | $94.50 | $0.00 | $94.50 | $0.00 | 11594 | B-27 |
| | | | | $33,202.80 | $2,670.84 | $35,873.64 | $0.00 | | |

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Tax Identification Number
33-1113346

Merchandising, Turner G

'

Date:   5/10/2018

Regarding:  Turner Grain Merchandising, Inc.
Invoice No:   0011554

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/05/2017 | RH | Conduct research regarding jury requests within adversary proceedings. Compile and email findings to KPK. | 3.80 | $205.00 | $779.00 |
| 6/21/2017 | ENP | Scanned and filed documents for Attorney App for Compensation. | 1.00 | $125.00 | $125.00 |
| 6/21/2017 | KPK | Finalize third fee application. | 0.50 | $315.00 | $157.50 |
| 7/06/2017 | RH | Review and respond to email from KPK regarding discovery. | 0.10 | $205.00 | $20.50 |
| 7/13/2017 | KPK | Review and Revise fee app order. | 0.10 | $315.00 | $31.50 |
| 7/17/2017 | KPK | Review pleadings and filings in multiple preference APs. | 0.30 | $315.00 | $94.50 |
| 8/09/2017 | KPK | Review filings. | 0.10 | $315.00 | $31.50 |
| 9/21/2017 | KPK | Telephone conference with Hamilton regarding status of cases. | 0.50 | $315.00 | $157.50 |
| 10/14/2017 | KPK | Pull and forward master ticket list to Warnick for summary judment in preference cases. | 0.20 | $315.00 | $63.00 |
| 10/14/2017 | KPK | Work on default judgment issues. | 0.10 | $315.00 | $31.50 |
| 10/16/2017 | KPK | Telephone conference with Hamilton Mitchell regarding status of multiple AP | 0.30 | $315.00 | $94.50 |

Page No.:    2

cases.

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2017 | KPK | Telephone conference with Mitchell regarding discovery issues in APs. | 0.20 | $315.00 | $63.00 |
| 11/01/2017 | RH | Review emails from KPK and H. Mitchell | 0.10 | $205.00 | $20.50 |
| 12/01/2017 | KPK | Confer with RW regarding AP deadlines. | 0.20 | $315.00 | $63.00 |
| 12/01/2017 | RH | Phone call with KPK. | 0.30 | $205.00 | $61.50 |
| 12/04/2017 | RH | Create document to track deadlines for adversary proceedings. | 0.10 | $205.00 | $20.50 |
| 12/05/2017 | KPK | Work on summary judgment and discovery issues in Optimum, LTD, and USDA preference APs. | 0.80 | $315.00 | $252.00 |
| 12/07/2017 | KPK | Telephone conference with Mitchell and Warnick regarding AP cases. | 0.30 | $315.00 | $94.50 |
| 12/07/2017 | RH | Phone conversation with KPK, H. Mitchell. | 0.40 | $205.00 | $82.00 |
| 12/14/2017 | KPK | Meeting with Rice regarding LTD, Optimum, Ivory Rice, Agribusiness Properties, LLC, and others. | 1.50 | $315.00 | $472.50 |
| 12/27/2017 | KPK | Review and Revise Motions for Summary Judgment in Optimum and LTD. | 0.40 | $315.00 | $126.00 |
| 1/11/2018 | KPK | Telephone conference with Bevel regarding hearings. | 0.30 | $315.00 | $94.50 |
| 1/11/2018 | KPK | Prepare for and attend hearings on various preference cases. Status conference and pre-trial hearings - N&D, Ag Heritage, Dover, Turner Commodities. Discuss Optimum issues with opposing counsel. | 1.10 | $315.00 | $346.50 |
| 1/15/2018 | KPK | Review e-mail from Noble regarding settlement agrements on three APs. | 0.10 | $315.00 | $31.50 |
| 2/08/2018 | KPK | Review and respond to Rice regarding times and dates of settlement conferences and mediations. | 0.10 | $315.00 | $31.50 |

Page No.:    3

| Date | | Description | | | |
|---|---|---|---|---|---|
| 2/08/2018 | KPK | Preparation, Review, and Revision of e-mail to Clair Ramsay regarding mediation issues in Optimum and LTD APs. | 0.60 | $315.00 | $189.00 |
| 2/12/2018 | KPK | Preparation, Review, and Revision of e-mail to Kate Reid regarding deposition issues in Ag-Heritage case. | 0.10 | $315.00 | $31.50 |
| 2/13/2018 | KPK | Preparation, Review, and Revision of e-mail to Kate Reid regarding deposition setting. | 0.20 | $315.00 | $63.00 |
| 2/19/2018 | KPK | Review and respond to Kate Reid regarding deposition date availability. | 0.10 | $315.00 | $31.50 |
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to client regarding deposition. | 0.10 | $315.00 | $31.50 |
| 2/20/2018 | KPK | Telephone conference with client regarding status of cases. | 0.80 | $315.00 | $252.00 |
| 2/22/2018 | KPK | Review and respond to e-mail regarding deposition - Ag Heritage case. | 0.10 | $315.00 | $31.50 |
| 2/22/2018 | KPK | Instructions to TK regarding preparing consent judgments on BTB and Ivory Rice. | 0.10 | $315.00 | $31.50 |
| 2/28/2018 | KPK | Telephone conference with Brian Rosenthal regarding deposition in Ag Heritage case. | 0.30 | $315.00 | $94.50 |
| 2/28/2018 | KPK | Review documents to prepare for 3/2 deposition. Ag Heritage. | 0.50 | $315.00 | $157.50 |
| 2/28/2018 | KPK | Telephone conference with Kate Reid regarding deposition issues. Ag Heritage case. | 0.30 | $315.00 | $94.50 |
| 3/01/2018 | KPK | Review e-mail from Reid regarding deposition. | 0.10 | $315.00 | $31.50 |
| 3/02/2018 | KPK | Attend deposition. | 4.10 | $315.00 | $1,291.50 |
| 3/12/2018 | KPK | Review multiple hearing e-mails. | 0.10 | $315.00 | $31.50 |
| 3/15/2018 | KPK | Prepare for status conferences in multiple APs. | 0.40 | $315.00 | $126.00 |

Page No.:    4

| Date | | Description | | | |
|---|---|---|---|---|---|
| 3/15/2018 | KPK | Travel to and from court. Attend status conference on multiple AP matters. | 0.80 | $315.00 | $252.00 |
| 3/16/2018 | KPK | Review and Respond to e-mail from Scott Poynter regarding settlement agreement. | 0.20 | $315.00 | $63.00 |
| 3/23/2018 | KPK | Telephone conference with Rice regarding settlement discussions on Minturn Grain. | 0.50 | $315.00 | $157.50 |
| 4/04/2018 | KD | Made physical file for AgHeritage AP case | 0.10 | $125.00 | $12.50 |
| 4/04/2018 | KD | Did work on App for Fees - COS pricing - Preparing to file | 0.50 | $125.00 | $62.50 |
| 4/10/2018 | KPK | Review e-mail notices of filings in case. | 0.10 | $315.00 | $31.50 |
| 5/08/2018 | KPK | Travel to and from court. Attend pre-trial and status conferences in multiple Adversary Proceedings. | 1.00 | $315.00 | $315.00 |

|  |  |  | Total Fees | $6,728.00 |
|---|---|---|---|---|

*Expenses*

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 6/21/2017 | Copies  track # 6131165028 | 1.00 | $297.50 | $297.50 |
| 6/21/2017 | Postage for Mailing  track # 6131165028 | 1.00 | $195.50 | $195.50 |
| 6/22/2017 | Copies  for fees and reimbursement | 2,125.00 | $0.14 | $297.50 |
| 6/22/2017 | Postage for Mailing  fees and reimbursement | 425.00 | $0.46 | $195.50 |
| 6/22/2017 | lexis research from 01/01/2017 to 06/13/2017 | 0.00 | $135.08 | $135.08 |
| 6/22/2017 | Copies  100 Third Interim Fee | 100.00 | $0.15 | $15.00 |
| 6/22/2017 | Postage for Mailing 3rd Interim fee | 20.00 | $0.46 | $9.20 |
| 8/09/2017 | Unopposed Motion to Extend Deadlines to file schedules, | 425.00 | $0.46 | $195.50 |
| 8/09/2017 | Unopposed Motion to Extend Deadlines | 850.00 | $0.15 | $127.50 |

Page No.:      5

to file schedules,

| | |
|---|---|
| Total Expenses | $1,468.28 |

| | |
|---|---|
| Total New Charges | $8,196.28 |
| Previous Balance | $104,903.17 |
| Balance Due | $113,099.45 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $8,196.28 | $0.00 | $0.00 | $0.00 | $104,903.17 | $0.00 | $113,099.45 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Erin N Pavioni | 1.00 | $125.00 | $125.00 |
| Krista Dobbs | 0.60 | $125.00 | $75.00 |
| Kevin P Keech | 17.60 | $315.00 | $5,544.00 |
| Rachel Warnick | 4.80 | $205.00 | $984.00 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Tax Identification Number
33-1113346

Date:   3/29/2018

Regarding:  Turner Grain AP Lance Gray et al
Invoice No:   0011499

| | |
|---|---|
| Previous Balance | $80.00 |
| Balance Due | $80.00 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 | $80.00 | $0.00 | $80.00 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Tax Identification Number
33-1113346

Date:   3/29/2018

Regarding:  Turner Grain AP Helena National Bank
Invoice No:   0011500

| | |
|---|---|
| Previous Balance | $4,797.90 |
| Balance Due | $4,797.90 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $4,797.90 | $0.00 | $4,797.90 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Date:   3/29/2018

Regarding:  Turner Grain AP Oakley - 15-ap-1009
Invoice No:   0011501

Previous Balance                                                                      $5,070.90

Balance Due                                                                           $5,070.90

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $0.00   | $0.00   | $0.00   | $0.00   | $5,070.90    | $0.00 | $5,070.90 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Date:   3/29/2018

Regarding:  Turner Grain AP Zero Grade
Invoice No:   0011502

| | |
|---|---:|
| Previous Balance | $1,037.50 |
| Balance Due | $1,037.50 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1,037.50 | $0.00 | $1,037.50 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Tax Identification Number
33-1113346

Date:  3/29/2018

Regarding:  Turner Grain AP KBX
Invoice No:   0011503

| | |
|---|---|
| Previous Balance | $1,343.50 |
| Balance Due | $1,343.50 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1,343.50 | $0.00 | $1,343.50 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Date:   3/29/2018

Regarding:  Turner Grain AP Kennedy Rice Dryers
Invoice No:   0011504

| | |
|---|---:|
| Previous Balance | $1,817.50 |
| Balance Due | $1,817.50 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1,817.50 | $0.00 | $1,817.50 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Date:   3/29/2018

Regarding:  Turner Grain AP Southern Rice and Cotton
Invoice No:   0011505

| | |
|---|---:|
| Previous Balance | $2,693.00 |
| Balance Due | $2,693.00 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $2,693.00 | $0.00 | $2,693.00 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Date:   3/29/2018

Regarding:  Turner Grain AP LTD Farms Partnership
Invoice No:   0011506

| | |
|---|---|
| Previous Balance | $177.60 |
| Balance Due | $177.60 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $177.60 | $0.00 | $177.60 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   3/29/2018

Regarding:  Turner Grain / Rice v Caviness et al.
Invoice No:   0011507

| | |
|---|---:|
| Previous Balance | $264.00 |
| Balance Due | $264.00 |

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $264.00 | $0.00 | $264.00 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:  5/10/2018

Regarding:  Turner Grain / Rice v Fowler Farms
Invoice No:  0011555

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 7/16/2017 | RH | Review Motion to Withdraw Reference and related docs. | 0.10 | $205.00 | $20.50 |
| 9/19/2017 | KPK | Preparation, Review, and Revision of e-mail to Ballard regarding settlement communication. | 0.60 | $315.00 | $189.00 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding discovery and summary judgment. | 0.50 | $315.00 | $157.50 |
| 12/04/2017 | RH | Review e-mail from H. Mitchell. | 0.10 | $205.00 | $20.50 |
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.30 | $205.00 | $61.50 |
| 4/09/2018 | TKR | Research discovery per kpk. | 0.08 | $140.00 | $11.20 |
| 4/09/2018 | TKR | Spoke with Donna regarding the settlement documents, noticing and collecting funds. | 0.50 | $140.00 | $70.00 |

|  |  |
|--|--|
| Total Fees | $530.20 |
| Total New Charges | $530.20 |
| Previous Balance | $2,824.30 |

Page No.:    2

Balance Due                                                                                    $3,354.50

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $530.20 | $0.00 | $0.00 | $0.00 | $2,824.30 | $0.00 | $3,354.50 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 1.10 | $315.00 | $346.50 |
| Rachel Warnick | 0.50 | $205.00 | $102.50 |
| Tanya K Rollins | 0.58 | $140.00 | $81.20 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Brinkley Truck Brokerage
Invoice No:   0011556

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/17/2017 | TKR | Draft default judgement for KPK review. | 0.10 | $140.00 | $14.00 |
| 10/18/2017 | KPK | Review and Revise motion for default judgment. | 0.20 | $315.00 | $63.00 |
| 3/15/2018 | KD | Drafted Mtn for Deafult Jdgmt and submitted to Court | 0.80 | $125.00 | $100.00 |
| 3/15/2018 | KPK | Begin Motion for Default Judgment. | 0.40 | $315.00 | $126.00 |
| 3/15/2018 | KPK | Review and Revise motion for default judgment. | 0.10 | $315.00 | $31.50 |
| 4/09/2018 | TKR | Draft the Motion for Default Judement for KPK review. | 0.56 | $140.00 | $78.40 |
| 4/09/2018 | TKR | Prepare Affidavit for KPK review. | 0.38 | $140.00 | $53.20 |
| 4/12/2018 | TKR | Corrections to Motion for Entry of Default Judgment per KPK, File Motion and Certificate of Service. | 0.20 | $140.00 | $28.00 |

|  |  |
|---|---|
| Total Fees | $494.10 |
| Total New Charges | $494.10 |
| Previous Balance | $209.00 |

Page No.:     2

Balance Due                                                                                    $703.10

## A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $494.10 | $0.00 | $0.00 | $0.00 | $209.00 | $0.00 | $703.10 |

## Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Krista Dobbs | 0.80 | $125.00 | $100.00 |
| Kevin P Keech | 0.70 | $315.00 | $220.50 |
| Tanya K Rollins | 1.24 | $140.00 | $173.60 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   3/29/2018

Regarding:  Turner Grain / Rice v. Cache River Valley Seed
Invoice No:   0011510

| Previous Balance | $82.50 |
| Balance Due | $82.50 |

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $82.50 | $0.00 | $82.50 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:  5/10/2018

Regarding:  Turner Grain / Rice v. Calloway Planting Co.
Invoice No:   0011557

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/21/2017 | KPK | Telephone conference with Grant Ballard regarding pre-trial issues. | 0.10 | $315.00 | $31.50 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding summary judgment and discovery requests. | 0.70 | $315.00 | $220.50 |
| 10/18/2017 | KPK | Work on 26f report. | 0.60 | $315.00 | $189.00 |
| 10/19/2017 | KPK | Preparation, Review, and Revision of 26f Report. Preparation, Review, and Revision of e-mail same to Ballard. | 0.50 | $315.00 | $157.50 |
| 10/30/2017 | KPK | Review and Revise 26f Report. | 0.20 | $315.00 | $63.00 |
| 11/29/2017 | KPK | Finalize initial disclosures and e-mail to opposing counsel. | 0.30 | $315.00 | $94.50 |
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.20 | $205.00 | $41.00 |
| 1/03/2018 | KPK | Telephone conference with Hamilton Mitchell regarding Rice deposition request. | 0.10 | $315.00 | $31.50 |
| 2/19/2018 | KPK | Prepare for Calloway deposition. | 0.30 | $315.00 | $94.50 |
| 2/19/2018 | KPK | Additional preparation for Rice deposition. | 0.40 | $315.00 | $126.00 |

Page No.:     2

| Date | | Description | | | |
|---|---|---|---|---|---|
| 2/19/2018 | KPK | Prepare for deposition. | 0.60 | $315.00 | $189.00 |
| 3/16/2018 | KD | Printed and Added Ex A&B to discovery requsts on KPK's desk | 0.10 | $125.00 | $12.50 |
| 3/16/2018 | KPK | Begin discovery production requests. | 0.10 | $315.00 | $31.50 |
| 4/09/2018 | TKR | Scan, final copies of Interogatories and RFP into system and mail | 0.20 | $140.00 | $28.00 |
| 4/09/2018 | TKR | Draft Cover Letter for Calloway Interogattories | 0.20 | $140.00 | $28.00 |
| 5/07/2018 | KPK | Work on discovery and joint status report. Preparation, Review, and Revision of e-mail to client regarding same. | 0.50 | $315.00 | $157.50 |
| 5/07/2018 | KPK | Review and revise joint status conference. | 0.30 | $315.00 | $94.50 |
| 5/08/2018 | KPK | Preparation, Review, and Revision of e-mail to Mitchell regarding expert witness. | 0.10 | $315.00 | $31.50 |
| 5/09/2018 | KPK | Preparation, Review, and Revision of e-mail to Ballard regarding joint status report and expert witness testimony and potential report. | 0.20 | $315.00 | $63.00 |

|  |  |
|---|---|
| Total Fees | $1,684.50 |

**Expenses**

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 4/09/2018 | Postage for Interagatories and RFP. | 2.00 | $0.49 | $0.98 |
| 4/09/2018 | Postage for Intergatories and RFP. | 2.00 | $0.49 | $0.98 |

|  |  |
|---|---|
| Total Expenses | $1.96 |

| Total New Charges | $1,686.46 |
|---|---|
| Previous Balance | $2,374.50 |
| Balance Due | $4,060.96 |

Page No.:    3

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $1,686.46 | $0.00 | $0.00 | $0.00 | $2,374.50 | $0.00 | $4,060.96 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Krista Dobbs | 0.10 | $125.00 | $12.50 |
| Kevin P Keech | 5.00 | $315.00 | $1,575.00 |
| Rachel Warnick | 0.20 | $205.00 | $41.00 |
| Tanya K Rollins | 0.40 | $140.00 | $56.00 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   3/29/2018

Regarding:  Turner Grain / Rice v. Frances Englund
Invoice No:   0011512

| | |
|---|---:|
| Previous Balance | $1,357.30 |
| Balance Due | $1,357.30 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1,357.30 | $0.00 | $1,357.30 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   3/29/2018

Regarding:  Turner Grain / Rice v. Galloway Cotton
Invoice No:   0011513

| | |
|---|---|
| Previous Balance | $2,654.95 |
| Balance Due | $2,654.95 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $2,654.95 | $0.00 | $2,654.95 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Gregory Farm
Invoice No:   0011558

| | |
|---|---|
| Previous Balance | $317.10 |
| Balance Due | $317.10 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $317.10 | $0.00 | $317.10 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:  5/10/2018

Regarding:  Turner Grain / Rice v. Ivory Rice LLC
Invoice No:  0011559

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/30/2017 | KPK | Preparation, Review, and Revision of e-mail to client regarding status of case. | 0.20 | $315.00 | $63.00 |
| 10/30/2017 | KPK | Telephone conference with Todd Williams regarding consent judgment. | 0.20 | $315.00 | $63.00 |
| 11/20/2017 | KPK | Confer with chambers regarding settlement. Preparation, Review, and Revision of e-mail to Williams and H. Mitchell regarding same. | 0.10 | $315.00 | $31.50 |
| 11/29/2017 | TKR | Draft motion for default judgement for KPK review. | 0.10 | $140.00 | $14.00 |
| 12/05/2017 | KPK | Review and Revise consent judgment. | 0.20 | $315.00 | $63.00 |
| 12/14/2017 | KPK | Leave message with Todd Williams. | 0.10 | $315.00 | $31.50 |
| 12/15/2017 | KPK | Telephone conference with Todd Williams regarding status. | 0.30 | $315.00 | $94.50 |
| 4/24/2018 | TKR | Draft Motion for Summary Judgement for KPK review. | 0.19 | $140.00 | $26.60 |
| 4/25/2018 | TKR | Begin drafting Motion for Summary Judgement | 0.20 | $140.00 | $28.00 |

Page No.:    2

|  | |
|---|---|
| Total Fees | $415.10 |
| Total New Charges | $415.10 |
| Previous Balance | $395.20 |
| Balance Due | $810.30 |

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $415.10 | $0.00 | $0.00 | $0.00 | $395.20 | $0.00 | $810.30 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 1.10 | $315.00 | $346.50 |
| Tanya K Rollins | 0.49 | $140.00 | $68.60 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:  5/10/2018

Regarding:  Turner Grain / Rice v. Keith Wilkison Farms
Invoice No:  0011595

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/07/2017 | KPK | Preparation, Review, and Revision of e-mail to Warnick regarding jury issues. | 0.20 | $315.00 | $63.00 |
| 8/11/2017 | RH | Review email from KPK. Calendar deadlines. | 0.20 | $205.00 | $41.00 |
| 8/13/2017 | RH | Review pleadings filed. Compose and send email to KPK and EP regarding next steps. | 0.20 | $205.00 | $41.00 |
| 8/14/2017 | RH | Phone conversation with KPK. | 0.10 | $205.00 | $20.50 |
| 8/31/2017 | RH | Begin drafting responses to jury demands. | 1.20 | $205.00 | $246.00 |
| 9/08/2017 | RH | Phone conversation with KPK regarding responses to jury requests. | 0.10 | $205.00 | $20.50 |
| 9/12/2017 | KPK | Review and revise response to Wilkison jury requests. | 0.10 | $315.00 | $31.50 |
| 9/12/2017 | RH | Complete drafts of Responses to jury requests of Defendants Roger Wilkison, Keith Wilkison, and Keith Wilkison Farms. Email to KPK and EP for review and filing. | 0.80 | $205.00 | $164.00 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to Warnick regarding discovery and beginning summary judgment. | 0.50 | $315.00 | $157.50 |

Page No.:    2

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/2017 | KPK | Prepare for hearing. | 0.40 | $315.00 | $126.00 |
| 10/31/2017 | KPK | Attend, prepare for, and argue hearing on jury demand. | 2.50 | $315.00 | $787.50 |
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.10 | $205.00 | $20.50 |
| 4/09/2018 | KPK | Review and Revise interrogatories. | 0.10 | $315.00 | $31.50 |
| 4/09/2018 | TKR | Draft introgittories , exhibits and cover letter for KPK review. | 0.56 | $140.00 | $78.40 |
| 4/09/2018 | TKR | Scan final interogatories and RFP into system and mail | 0.20 | $140.00 | $28.00 |

|  |  |
|---|---|
| Total Fees | $1,856.90 |

|  |  |
|---|---|
| Total New Charges | $1,856.90 |
| Previous Balance | $5,800.10 |
| Balance Due | $7,657.00 |

*A/R Aging*

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $1,856.90 | $0.00 | $0.00 | $0.00 | $5,800.10 | $0.00 | $7,657.00 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 3.80 | $315.00 | $1,197.00 |
| Rachel Warnick | 2.70 | $205.00 | $553.50 |
| Tanya K Rollins | 0.76 | $140.00 | $106.40 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. LTD Farms et al.
Invoice No:   0011587

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/01/2017 | KPK | Work on pre-trial order and discovery issues. | 0.30 | $315.00 | $94.50 |
| 10/05/2017 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding pre-trial and potential settlement issues. | 0.70 | $315.00 | $220.50 |
| 10/09/2017 | KPK | Follow-up on pre-trial order. | 0.10 | $315.00 | $31.50 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding summary judgment and discovery prep for case. Pull and review data regarding same. | 1.20 | $315.00 | $378.00 |
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.20 | $205.00 | $41.00 |
| 12/14/2017 | KPK | Telephone conference with Waddell regarding settlement proposal. Review documents in connection with proposed settlement. | 0.80 | $315.00 | $252.00 |
| 12/26/2017 | RH | Draft Motion for Summary Judgment, Statement of Undisputed Facts, and Brief in Support. | 4.00 | $205.00 | $820.00 |
| 1/03/2018 | KPK | Review and respond to e-mail from Waddell regarding extension of time to | 0.10 | $315.00 | $31.50 |

Page No.:     2

| | | respond to motion for summary judgment. | | | |
|---|---|---|---|---|---|
| 1/19/2018 | KPK | E-mail with client regarding Waddell requests. | 0.10 | $315.00 | $31.50 |
| 1/23/2018 | KPK | Telephone conference with Waddell regarding status and settlement potential. | 0.50 | $315.00 | $157.50 |
| 1/23/2018 | KPK | Trade e-mails with opposing counsel. Telephone conference with client regarding discovery and mediation issues. | 0.80 | $315.00 | $252.00 |
| 1/24/2018 | KPK | Preparation, Review, and Revision of e-mail to Clair regarding mediation date. | 0.20 | $315.00 | $63.00 |
| 1/25/2018 | KPK | Preparation, Review, and Revision of multiple e-mails to schedule mediation dates. | 0.90 | $315.00 | $283.50 |
| 2/05/2018 | KPK | Followup on mediation and settlement conference dates. | 0.10 | $315.00 | $31.50 |
| 2/08/2018 | KPK | Telephone conference with Bill Waddell regarding potential settlement options. | 0.50 | $315.00 | $157.50 |
| 2/15/2018 | KPK | Preparation, Review, and Revision of e-mail to client regarding settlement conference on 2/16. | 0.10 | $315.00 | $31.50 |
| 2/16/2018 | KPK | Attend settlement conference. | 5.50 | $315.00 | $1,732.50 |
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to Bill Waddell regarding mediation issues. | 0.10 | $315.00 | $31.50 |
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to Ramsay office. | 0.10 | $315.00 | $31.50 |
| 2/22/2018 | KPK | Confer with client and opposing counsel regarding settlement issues. | 0.30 | $315.00 | $94.50 |
| 2/22/2018 | KPK | Telephone conference with client regarding settlement. | 0.50 | $315.00 | $157.50 |
| 3/12/2018 | KPK | Preparation, Review, and Revision of e-mail to Holly in Rice's office regarding settlement agreement. | 0.10 | $315.00 | $31.50 |

Page No.:    3

| Date | | Description | | | |
|---|---|---|---|---|---|
| 3/15/2018 | KPK | Review and comment on settlment agreement. | 0.20 | $315.00 | $63.00 |
| 4/07/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding settlement status. | 0.10 | $315.00 | $31.50 |
| 4/09/2018 | TKR | Call R. Rice office regarding settlment documents to be noticed out. | 0.50 | $140.00 | $70.00 |
| 4/12/2018 | KPK | Preparation, Review, and Revision of e-mail to Waddell regarding settlement issues. | 0.10 | $315.00 | $31.50 |

Total Fees       $5,152.00

**Expenses**

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 3/07/2018 | Ramsay Mediation | 1.00 | $300.00 | $300.00 |

Total Expenses       $300.00

Total New Charges       $5,452.00

Previous Balance       $2,571.10

Balance Due       $8,023.10

**A/R Aging**

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $5,452.00 | $0.00 | $0.00 | $0.00 | $2,571.10 | $0.00 | $8,023.10 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 13.40 | $315.00 | $4,221.00 |
| Rachel Warnick | 4.20 | $205.00 | $861.00 |
| Tanya K Rollins | 0.50 | $140.00 | $70.00 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Page No.:     4

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:  5/10/2018

Regarding:  Turner Grain / Rice v. Lyle Trust et al.
Invoice No:  0011588

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/10/2017 | KPK | Preparation, Review, and Revision of e-mail to Mitchell regarding status of settlement issues. | 0.10 | $315.00 | $31.50 |

|  |  |  |  | Total Fees | $31.50 |
|--|--|--|--|-----------|--------|

| Total New Charges | $31.50 |
|-------------------|--------|
| Previous Balance | $2,297.40 |
| Balance Due | $2,328.90 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $31.50 | $0.00 | $0.00 | $0.00 | $2,297.40 | $0.00 | $2,328.90 |

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Kevin P Keech | 0.10 | $315.00 | $31.50 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

'

Date:  5/10/2018

Regarding:  Turner Grain / Rice v. Optimum Ag et al.
Invoice No:  0011589

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/23/2017 | KPK | Preparation, Review, and Revision of e-mail to Mitchell regarding Optimum settlement. | 0.10 | $315.00 | $31.50 |
| 10/04/2017 | KPK | Review and revise pre-trial order. Circulate same among opposing counsel. | 0.10 | $315.00 | $31.50 |
| 10/05/2017 | KPK | Review and comment on pre-trial order issues. Revise pre-trial and e-mail opposing counsel regarding same. | 0.30 | $315.00 | $94.50 |
| 10/05/2017 | KPK | Telephone conference with opposing counsel regarding pre-trial order. | 0.10 | $315.00 | $31.50 |
| 10/09/2017 | KPK | Preparation, Review, and Revision of e-mail to Talbot regarding settlement proposal. Preparation, Review, and Revision of pre-trial order regarding AP. | 0.80 | $315.00 | $252.00 |
| 10/09/2017 | KPK | Finalize and prepare pre-trial order. | 0.20 | $315.00 | $63.00 |
| 10/13/2017 | KPK | Review and forward settlement demand to Talbot regarding preference claim. | 0.30 | $315.00 | $94.50 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding summary judgment and discovery. Review additional documents. | 0.90 | $315.00 | $283.50 |

Page No.:    2

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.30 | $205.00 | $61.50 |
| 12/07/2017 | KPK | Telephone conference with Warnick regarding discovery responses. | 0.10 | $315.00 | $31.50 |
| 12/10/2017 | RH | Draft responses to discovery requests. Email to H. Mitchell, KPK, TKR for review. | 1.70 | $205.00 | $348.50 |
| 12/11/2017 | KPK | Review and Revise Response to Rogs and RFPs. | 0.90 | $315.00 | $283.50 |
| 12/14/2017 | KPK | Review Optimum Agriculture lawsuits. Telephone conference with Jack Talbot regarding settlement and dispositive motion issues. | 0.80 | $315.00 | $252.00 |
| 12/26/2017 | RH | Draft Motion for Summary Judgment, Statement of Undisputed Facts, and Brief in Support. | 4.00 | $205.00 | $820.00 |
| 12/27/2017 | RH | Email correspondence with TKR correcting and completing all documents related to summary judgment. | 0.70 | $205.00 | $143.50 |
| 12/28/2017 | KPK | Preparation, Review, and Revision of e-mail to H. Mitchell regarding discovery documents. | 0.20 | $315.00 | $63.00 |
| 12/29/2017 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding discovery issues. | 0.30 | $315.00 | $94.50 |
| 1/02/2018 | KPK | Forward discovery documents to opposing counsel. | 0.10 | $315.00 | $31.50 |
| 1/11/2018 | KPK | Telephone conference with Shane regarding extension request to respond to summary judgment motion. | 0.10 | $315.00 | $31.50 |
| 1/23/2018 | KPK | Review e-mails from client. | 0.10 | $315.00 | $31.50 |
| 1/23/2018 | KPK | Preparation, Review, and Revision of e-mail to Talbot and Waddell regarding settlement discussions. | 0.20 | $315.00 | $63.00 |
| 1/23/2018 | KPK | Telephone conference with client. Trade | 0.60 | $315.00 | $189.00 |

Page No.:    3

| | | e-mails with clients regarding status and extension of motions. | | | |
|---|---|---|---|---|---|
| 1/23/2018 | KPK | Preparation, Review, and Revision of e-mail with Talbot regarding summary judgment deadline response extension. | 0.10 | $315.00 | $31.50 |
| 1/24/2018 | KPK | Review multiple e-mails regarding settlement issues. | 0.20 | $315.00 | $63.00 |
| 1/24/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding settlement and mediation. | 0.40 | $315.00 | $126.00 |
| 1/25/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding mediation and conference dates. | 0.80 | $315.00 | $252.00 |
| 2/01/2018 | KPK | Follow-up with opposing counsel regarding settlement conference and mediation. | 0.20 | $315.00 | $63.00 |
| 2/02/2018 | KPK | Preparation, Review, and Revision of e-mail to Jack and Shane regarding settlement conference and mediation. | 0.10 | $315.00 | $31.50 |
| 2/02/2018 | KPK | Telephone conference with Shane Baker regarding settlement conference. | 0.10 | $315.00 | $31.50 |
| 2/05/2018 | KPK | Pull and review documents for 2/6/18 settlement conference. | 0.30 | $315.00 | $94.50 |
| 2/05/2018 | KPK | Confer with Rice concerning settlement dates. | 0.10 | $315.00 | $31.50 |
| 2/05/2018 | KPK | E-mail to opposing counsel regarding settlement conference on 2/6/18. | 0.10 | $315.00 | $31.50 |
| 2/06/2018 | KPK | Attend settlement discussion. | 1.90 | $315.00 | $598.50 |
| 2/07/2018 | KPK | Preparation, Review, and Revision of order to chambers regarding continuation of trial. | 0.10 | $315.00 | $31.50 |
| 2/08/2018 | KPK | Preparation, Review, and Revision of e-mail to Talbot to follow-up on settlement discussions. | 0.10 | $315.00 | $31.50 |
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to Talbot regarding mediation and | 0.10 | $315.00 | $31.50 |

Page No.:   4

settlement discussions.

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to Talbot and Baker regarding status. | 0.10 | $315.00 | $31.50 |
| 2/21/2018 | KPK | Telephone conference with Shane Baker and Jack Talbot regarding mediation. | 0.40 | $315.00 | $126.00 |
| 2/22/2018 | KPK | Prepare for mediation. | 2.40 | $315.00 | $756.00 |
| 2/23/2018 | KPK | Attend mediation. | 7.00 | $315.00 | $2,205.00 |
| 2/26/2018 | KPK | Review compromise application. | 0.10 | $315.00 | $31.50 |

|  | Total Fees | $7,925.50 |
|--|------------|-----------|

### Expenses

| Start Date | Description | Quantity | Price | Charges |
|------------|-------------|----------|-------|---------|
| 2/23/2018 | Ramsay Mediation Services | 1.00 | $900.00 | $900.00 |

|  | Total Expenses | $900.00 |
|--|----------------|---------|

| Total New Charges | $8,825.50 |
|-------------------|-----------|
| Previous Balance | $616.00 |
| Balance Due | $9,441.50 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|----|-------|
| $8,825.50 | $0.00 | $0.00 | $0.00 | $616.00 | $0.00 | $9,441.50 |

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Kevin P Keech | 20.80 | $315.00 | $6,552.00 |
| Rachel Warnick | 6.70 | $205.00 | $1,373.50 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Prislovsky (Prairie Gold) et al.
Invoice No:   0011590

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/24/2017 | KPK | Review status conference filing. | 0.10 | $315.00 | $31.50 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding discovery and summary judgment issues. Review additional documents. | 0.90 | $315.00 | $283.50 |
| 10/16/2017 | KPK | Review e-mail from Mitchell OCB issues. | 0.10 | $315.00 | $31.50 |
| 10/19/2017 | KPK | Preparation, Review, and Revision of 26f Report. Preparation, Review, and Revision of e-mail to Ballard regarding same. | 0.50 | $315.00 | $157.50 |
| 11/29/2017 | KPK | Preparation, Review, and Revision of e-mail initial disclosures to opposing counsel. | 0.30 | $315.00 | $94.50 |
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.20 | $205.00 | $41.00 |
| 1/02/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding deposition issues. | 0.20 | $315.00 | $63.00 |
| 1/29/2018 | KPK | Review e-mails from opposing counsel regarding depositions. | 0.20 | $315.00 | $63.00 |

Page No.:      2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/30/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding deposition. | 0.10 | $315.00 | $31.50 |
| 2/01/2018 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding depositions. Calendar same. | 0.30 | $315.00 | $94.50 |
| 2/05/2018 | KPK | Preparation, Review, and Revision of e-mail to Warnick regarding preparing motion for summary judgment. | 0.10 | $315.00 | $31.50 |
| 2/13/2018 | RH | Draft Motion for Summary Judgment, Statement of Undisputed Facts, and Brief in Support. | 3.10 | $205.00 | $635.50 |
| 2/15/2018 | RH | Complete draft of Motion for Summary Judgment, Statement of Undisputed Facts, and Brief in Support. Forward to KPK via email for review and filing.. | 5.00 | $205.00 | $1,025.00 |
| 2/15/2018 | TKR | Converted docs to PDFs and put in Y Drive, filed Mtn for Summ Jdgmt with Exhibits A-F, Statement of Undisputed Facts, and Brief in Support of Motion with District Court | 0.50 | $140.00 | $70.00 |
| 2/19/2018 | KPK | Preparation, Review, and Revision of e-mail to Warnick regarding response to motion for summary judgment. | 0.20 | $315.00 | $63.00 |
| 2/19/2018 | KPK | Prepare for MRR deposition. | 0.50 | $315.00 | $157.50 |
| 2/19/2018 | KPK | Telephone conference with client regarding 2/20 deposition. Preparation, Review, and Revision of e-mail to opposing counsel regadring same. | 0.50 | $315.00 | $157.50 |
| 2/19/2018 | KPK | Discuss deposition scheduling and rescheduling. | 0.80 | $315.00 | $252.00 |
| 2/21/2018 | KPK | Evaluate response to motion for summary judgment. | 0.70 | $315.00 | $220.50 |
| 2/21/2018 | KPK | Prepare for response for motion for summary judgment. | 0.80 | $315.00 | $252.00 |
| 2/28/2018 | RH | Draft Response to Motion for Summary Judgment and Brief in Support. | 2.00 | $205.00 | $410.00 |

Page No.:    3

| 3/01/2018 | RH | Draft Response to Motion for Summary Judgment. Send to KPK and KD for review and filing. | 3.10 | $205.00 | $635.50 |
|---|---|---|---|---|---|
| 3/20/2018 | RH | Review email from KPK regarding pretrial disclosures. | 0.10 | $205.00 | $20.50 |
| 3/26/2018 | RH | Draft pre-trial disclosures. File with court. | 1.40 | $205.00 | $287.00 |

|  |  |  |  | Total Fees | $5,109.00 |
|---|---|---|---|---|---|
|  | Total New Charges |  |  |  | $5,109.00 |
|  | Previous Balance |  |  |  | $1,451.65 |
|  | Balance Due |  |  |  | $6,560.65 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $5,109.00 | $0.00 | $0.00 | $0.00 | $1,451.65 | $0.00 | $6,560.65 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 6.30 | $315.00 | $1,984.50 |
| Rachel Warnick | 14.90 | $205.00 | $3,054.50 |
| Tanya K Rollins | 0.50 | $140.00 | $70.00 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Terry Dover
Invoice No:   0011591

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/05/2017 | KPK | Preparation, Review, and Revision of e-mail to TKR to reach out to Terry Dover regarding default issues. | 0.50 | $315.00 | $157.50 |
| 10/17/2017 | TKR | Draft Default judgement for KPK review. | 0.20 | $140.00 | $28.00 |
| 10/18/2017 | KPK | Review and revise motion for default judgment. | 0.20 | $315.00 | $63.00 |
| 3/16/2018 | KPK | Begin Motion to Dismiss. | 0.20 | $315.00 | $63.00 |
| 3/20/2018 | KD | Started MTD and Order of Dismissal | 0.20 | $125.00 | $25.00 |
| 4/12/2018 | TKR | Drafted Motion to withdraw motion for default judgement, for KPK review. Filed Motion with Court | 0.30 | $140.00 | $42.00 |
| 4/13/2018 | TKR | Draft Order for Motion to Withdrw Motion for Default Judgement for KPK review. | 0.20 | $140.00 | $28.00 |
| 4/26/2018 | KD | Edited MTD & Order Granting MTD. | 0.10 | $125.00 | $12.50 |

|  |  |
|--|--|
| Total Fees | $419.00 |
| Total New Charges | $419.00 |
| Previous Balance | $172.50 |

Page No.:   2

Balance Due                                                                                    $591.50

## A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $419.00 | $0.00 | $0.00 | $0.00 | $172.50 | $0.00 | $591.50 |

## Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Krista Dobbs | 0.30 | $125.00 | $37.50 |
| Kevin P Keech | 0.90 | $315.00 | $283.50 |
| Tanya K Rollins | 0.70 | $140.00 | $98.00 |

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Turner Commodities LLC
Invoice No:   0011592

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/30/2017 | KPK | Preparation, Review, and Revision of e-mail to opposing counsel regarding hearing. | 0.20 | $315.00 | $63.00 |
| 11/03/2017 | KPK | Review court docket. Begin consent judgment. | 0.10 | $315.00 | $31.50 |
| 3/15/2018 | KPK | Review proposed consent decree involving case. | 0.80 | $315.00 | $252.00 |
| | | | | Total Fees | $346.50 |

| | |
|---|---|
| Total New Charges | $346.50 |
| Previous Balance | $487.00 |
| Balance Due | $833.50 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $346.50 | $0.00 | $0.00 | $0.00 | $487.00 | $0.00 | $833.50 |

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|

Page No.:     2

Kevin P Keech                                                    1.10        $315.00           $346.50

Any payments received after the invoice date will be reflected on
the next bill. If you have any questions regarding this bill, please
do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206


Rice, Randy
523 S. Louisiana Street, Suite 300

,

Date:  5/10/2018


Regarding:  Turner Grain / Rice v. USA (Commodity Credit Corp)
Invoice No:  0011593


*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 7/27/2017 | RH | Begin drafting responses to discovery requests. | 1.90 | $205.00 | $389.50 |
| 7/31/2017 | RH | Correspond via email with S. McCord regarding deadlines. Draft Motion to Extend Deadlines and corresponding order. E-mail drafts to E. Pavioni with instructions to file. | 0.70 | $205.00 | $143.50 |
| 8/11/2017 | RH | Continue work on discovery responses. Compose and send email to KPK regarding strategy. | 0.30 | $205.00 | $61.50 |
| 8/13/2017 | RH | Continue drafting response to discovery requests. | 2.90 | $205.00 | $594.50 |
| 8/14/2017 | KPK | Review and Revise discovery responses. Rogs, RFPs, and RFAs. | 1.10 | $315.00 | $346.50 |
| 8/14/2017 | RH | Phone conversation with KPK. | 0.10 | $205.00 | $20.50 |
| 8/15/2017 | KPK | Telephone conference with Rice regarding discovery issues. | 0.60 | $315.00 | $189.00 |
| 9/11/2017 | KPK | Telephone conference with S. McCord regagarding discovery and summary judgment deadlines. | 0.30 | $315.00 | $94.50 |
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to RW regarding case. | 0.50 | $315.00 | $157.50 |

Page No.:      2

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/2017 | RH | Review scheduling orders and calculate pre-trial deadlines. Track information in adversary proceeding document. | 0.20 | $205.00 | $41.00 |
| 12/05/2017 | KPK | Telephone conference with Mitchell regarding case. | 0.20 | $315.00 | $63.00 |
| 12/27/2017 | KPK | Preparation, Review, and Revision of motion to dismiss and proposed order. | 0.70 | $315.00 | $220.50 |
| 12/28/2017 | KPK | Finalize and file motion to dismiss AP. | 0.30 | $315.00 | $94.50 |

|  |  |
|---|---|
| Total Fees | $2,416.00 |

### Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 10/24/2017 | Pacer Charges | 1.00 | $0.60 | $0.60 |

|  |  |
|---|---|
| Total Expenses | $0.60 |

| Total New Charges | $2,416.60 |
|---|---|
| Previous Balance | $354.37 |
| Balance Due | $2,770.97 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---|---|---|---|---|---|---|
| $2,416.60 | $0.00 | $0.00 | $0.00 | $354.37 | $0.00 | $2,770.97 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Kevin P Keech | 3.70 | $315.00 | $1,165.50 |
| Rachel Warnick | 6.10 | $205.00 | $1,250.50 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.

Tax Identification Number
33-1113346

Keech Law Firm, PA
2011 South Broadway
Little Rock, Arkansas 72206

Rice, Randy
523 S. Louisiana Street, Suite 300
'

Date:   5/10/2018

Regarding:  Turner Grain / Rice v. Watson Farms
Invoice No:   0011594

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/14/2017 | KPK | Preparation, Review, and Revision of e-mail to Mitchell regarding status of Watson Farms case. | 0.30 | $315.00 | $94.50 |

| | | | | Total Fees | $94.50 |
|---|---|---|---|---|---|
| | Total New Charges | | | | $94.50 |
| | Previous Balance | | | | $262.10 |
| | Balance Due | | | | $356.60 |

### A/R Aging

| Current | 30 Days | 60 Days | 90 Days | 120 and Over | -- | Total |
|---------|---------|---------|---------|--------------|-----|-------|
| $94.50 | $0.00 | $0.00 | $0.00 | $262.10 | $0.00 | $356.60 |

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Kevin P Keech | 0.30 | $315.00 | $94.50 |

Any payments received after the invoice date will be reflected on the next bill. If you have any questions regarding this bill, please do not hesitate to call our office.