IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Re: Turner Grain Merchandising, Inc., Debtor        Case No. 2:14-bk-15687J
Chapter 7
Converted from Chapter 11

## ORDER APPROVING FOURTH APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES FOR KEECH LAW FIRM, P. A.

On consideration of the Fourth Interim Application for Fees and Reimbursement of Expenses and Notice of Opportunity to Object filed by Keech Law Firm, P.A. ("KLF") on May 17, 2018 [Docket No. 772] (the "Application"), the Court finds and orders as follows:

1. The fees and expenses requested by KLF are reasonable, necessary, and related to services rendered to the Debtor's estate.

2. The Court hereby approves the Fourth Interim Fee Application for Fees and Reimbursement of Expenses for KLF.

3. KLF is hereby awarded fees in the aggregate amount of $33,202.80 and expenses in the amount of $2,670.84 for a total of $35,873.64, however payment of said fees and expenses shall be deferred until such time as the Trustee can ascertain whether fees will be paid in full or until he can determine the exact pro rata amount that each administrative claimant is entitled.

4. Notice of the Application filed by KLF was adequate and no objection has been filed thereto. The United States Trustee has filed comments stating that it has no objection to the application.

**IT IS THEREFORE ORDERED** that the Amended Fourth Application for Allowance of Compensation and Reimbursement of Expenses filed on behalf of KLF on May 17, 2018, shall be and hereby is granted. **IT IS FURTHER ORDERED** that KLF shall be entitled to additional fees

EOD: June 8, 2018

in the amount $33,202.80 and expenses in the amount of $2,670.84, based upon services rendered and expenses incurred on behalf of the estate. **IT IS FURTHER ORDERED** that payment of said fees and expenses shall be deferred until such time as the Trustee can ascertain whether fees will be paid in full or until he can determine the exact pro rata amount that each administrative claimant is entitled to receive. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

      **IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 06/08/2018

Approved By:

/s/ Kevin P. Keech
_____
Kevin P. Keech, Attorney
2011 S. Broadway Street
Little Rock, AR 72206

/s/ M. Randy Rice, Trustee
523 S. Louisiana, Suite 300
Little Rock, AR 72201
(501) 374-1019