UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.  CASE NO. 2:14-bk-15687
CHAPTER 7

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

Before the Court is the *Application for Unclaimed Funds* in the amount of $2,276.19 filed by Seepwater Farms Partnership. Funds in that amount are currently being held in the U.S. Treasury, having previously been determined by the trustee to be due Seepwater Farms. A review of the application, supporting documentation, and the case record has shown to the satisfaction of the Court that Seepwater Farms Partnership is entitled to these funds and the Court hereby directs the Clerk of Court to disburse the amount of $2,276.19 to Seepwater Farms Partnership, 25223 Nations St., Bell City, MO 63735.

_____
HONORABLE PHYLLIS M. JONES
UNITED STATES BANKRUPTCY JUDGE

Date: April 27, 2023

cc: Seepwater Farms Partnership, 25223 Nations St., Bell City, MO 63735
Trustee