# Notice Recipients

District/Off: 0860–2             User: admin                  Date Created: 4/27/2023
Case: 2:14–bk–15687              Form ID: pdf08Ac             Total: 3

**Recipients of Notice of Electronic Filing:**
tr          M. Randy Rice        randyrice2@comcast.net
aty         M. Randy Rice        randyrice2@comcast.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5560414     Seepwater Farms      25223 Nation Street      Bell City, MO 63735

TOTAL: 1