IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

Re:   Turner Grain Merchandising, Inc., Debtor          Case No. 2:14-bk-15687J
Chapter 7
Converted from Chapter 11

## REPORT OF UNCLAIMED FUNDS
## PURSUANT TO FRBP 3011

The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

1. Ninety (90) days have elapsed since the distribution of funds in this estate. The bank account of this estate reflects that the following amount is still on deposit, which amount represents payment mailed to the named payee:

| Check Number | Claim Number | Payee Name and Address | Dividend Amount |
|---|---|---|---|
| 5201 | 17 | CC Grizzle Farms<br>200 W. Capitol Ave, #2300<br>Little Rock, AR 72201 | $ 2,911.08 |
| 5202 | 19 | Newsom Farms<br>511 Main Street<br>Mountain Home, AR 72653 | $4,433.24 |
| 5221 | 47 | Razorback Rice & Seed Co., Inc<br>P. O. Box 116<br>Delaplaine, AR 72425 | $1,239.77 |
| 5224 | 50 | Delta Grain Marketing LLC<br>3608 Old Dornick Dr.<br>Jonesboro, AR 72401 | $486,339.27 |
| 5225 | 51 | Seepwater Farms<br>25223 Nation Street<br>Bell City, MO 63735 | $1,048.10 |
| 5230 | 56 | Doug O'Neal<br>20510 State Hwy AE<br>Bloomfield, MO 63825 | $2,385.74 |

| Check Number | Claim Number | Payee Name and Address | Dividend Amount |
|---|---|---|---|
| 5234 | 60 | Agspring Mississippi Region, LLC<br>7489 Hwy 588<br>Pioneer, LA 71266 | $41,197.49 |
| 5235 | 63 | Penn Brothers Partnership<br>P. O. Box 258<br>Portia, AR 72457 | $84,148.72 |
| 5236 | 66 | Waldrip Lands, LLC<br>6378 Hwy 78 West<br>Moro, AR 72368 | $199.20 |
| 5237 | 67 | East Arkansas Seeds, Inc.<br>6378 Hwy 78 West<br>Moro, AR 72368 | $1,286.73 |
| 5238 | 68 | Fremont D. Eason Irrevocable Trust<br>2923 Lee 447<br>Moro, AR 72368 | $78.22 |
| 5239 | 69 | Rosa May Eason Revocable Trust<br>2923 Lee 447<br>Moro, AR 72368 | $78.22 |
| 5241 | 71 | Fremont D. Eason Revocable Trust<br>2923 Lee 447<br>Moro, AR 72368 | $78.22 |
| 5243 | 75 | Donnie Wilkison Farms<br>212 Center St., 10th Fl<br>Little Rock, AR 72201 | $3,722.60 |
| 5257 | 89 | Maxine Bracy<br>P. O. Box 1700<br>Jonesboro, AR 72403 | $384.79 |
| 5278 | 123 | JRC Partners<br>310 South Main<br>Brinkley, AR 72021 | $694.25 |

2. Payment has been stopped on the above-listed checks.

3. Pursuant to 11 U. S. C. 347 and Chapter 129 of Title 28, U. S. C., and FRBP 3011,

a check has been tendered to "United States Bankruptcy Clerk," in the amount of $630,225.64. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

    DATE        September 17, 2024

                              /s/ M. Randy Rice, Trustee
                              124 W. Capitol, #1850
                              Little Rock, AR 72201
                              (501) 374-1019