UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: TURNER GRAIN MERCHANDISING, INC.　　　CASE NO. 2:14-bk-15687
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

Before the Court is the *Application for Unclaimed Funds* in the amount of $4,433.24 filed by Dilks & Knopik, LLC, as assignee of Newsom Farms, a general partnership. Funds in that amount are currently being held in the U.S. Treasury, having previously been determined by the trustee to be due to Newsom Farms, a general partnership. A review of the application and the case record has shown to the satisfaction of the Court that Newsom Farms, a general partnership, is entitled to these funds and the Court hereby directs the Clerk of the Court to disburse the amount of $4,433.24 to Dilks & Knopik, LLC, as assignee of Newsom Farms, a general partnership, 35308 SE Center Street, Snoqualmie, WA 98065.

　　　　　　　　　　　　　　　　　　　　　*/s/ Phyllis M. Jones*
　　　　　　　　　　　　　　　　　　　　　HONORABLE PHYLLIS M. JONES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

　　　　　　　　　　　　　　　　　　　　　Date: 10/9/2024

cc:　Newsom Farms, a general partnership, P.O. Box 26, Marmaduke, AR 72443
　　　Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065
　　　Trustee