| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Turner Grain Merchandising, Inc. | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) First Name | Middle Name   Last Name | |
| United States Bankruptcy Court for the Eastern and Western Districts of Arkansas | | |
| Case number: | 2:14-bk-15687J | |

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

OCT 11 2024

LINDA McCORMACK CLERK by _____

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $84,148.72 |
|---|---|
| Claimant's Name: | Penn Brothers Partnership |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 258<br>Portia, AR 72457<br>(870) 219-8184<br>pennbro11@gmail.com |

### 2. Claimant Information

Applicant[2] represents the following:

- [X] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

  _____.

- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [X] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

| | |
|---|---|
| [X] Office of the United States Attorney<br>Eastern District of Arkansas<br>P.O. Box 1229<br>Little Rock, AR 72203 | [ ] Office of the United States Attorney<br>Western District of Arkansas<br>414 Parker Ave.<br>Fort Smith, AR 72901 |

### 6. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g., 18 U.S.C. § 152.

Date: 10-7-24

Signature of Applicant: /s/ Jim Penn PR

Printed Name of Applicant: Jim Penn

Address: P.O. Box 258
Portia, AR 72457

Telephone: (870) 219-8184

Email: pennbro11@gmail.com

### 6. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g., 18 U.S.C. § 152.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

### 7. Notarization

STATE OF Arkansas

COUNTY OF Craighead

This Application for Unclaimed Funds, dated October 7, 2024 was subscribed and sworn to before me this 7th day of October, 2024 by Jim Penn who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public: Misty Milligan

My commission expires: 7/26/31

OFFICIAL SEAL - NO. 12383663
MISTY MILLIGAN
NOTARY PUBLIC - ARKANSAS
GREENE COUNTY
MY COMMISION EXPIRES: 07-26-31

### 7. Notarization

STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public

My commission expires:

Form 1340 Application for Payment of Unclaimed Funds    Page 2