IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

Re:  Turner Grain Merchandising, Inc., Debtor  Case No. 2:14-bk-15687J
Chapter 7
Converted from Chapter 11

**REPORT OF UNCLAIMED FUNDS**
**PURSUANT TO FRBP 3011**

    The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

    1.    Ninety (90) days have elapsed since the distribution of funds in this estate. The bank account of this estate reflects that the following amount is still on deposit, which amount represents payment mailed to the named payee:

| Check Number | Claim Number | Payee Name and Address | Dividend Amount |
|---|---|---|---|
| 5311 | 8 | Lonnie D. Medford<br>14532 Highway 49S<br>Brinkley, AR. 72021 | 57.25 |
| 5374 | 89 | Maxine Bracy<br>P. O. Box 1700<br>Jonesboro, AR 72403 | 165.55 |
| 5395 | 123 | JRC Partners<br>310 South Main<br>Brinkley, AR. 72021 | 298.69 |
|  |  | Total | 521.49 |

    2.    Payment has been stopped on the above-listed checks.

    3.    Pursuant to 11 U. S. C. 347 and Chapter 129 of Title 28, U. S. C., and FRBP 3011, a check has been tendered to "United States Bankruptcy Clerk," in the amount of $521.49. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payee.

    DATE    May 21, 2025

/s/ M. Randy Rice, Trustee
124 W. Capitol, #1850
Little Rock, AR  72201
(501) 374-1019